■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH L. JEMISON, Appellant. (Appeal No. 1.) [616 NYS2d 323] — Judgment unanimously affirmed *(see, People v Saunders,* 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Supreme Court, Erie County, Rossetti, J.—Attempted Criminal Possession Controlled Substance, 3rd De-

gree.) Present—Green, J. P., Balio, Fallon, Callahan and Davis, JJ.